United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

D-4 Christian Jamieson Smith,

Defendant.
______________________________/

Case No. 24-CR-20557

Hon. Stephen J. Murphy

# Government's Sentencing Memo

Defendant Christian Jamieson Smith lied while buying a $10,000 rifle as part of a hub and spoke conspiracy. Smith was paid $500 to purchase a rifle and hand it over to Prince Knowles. This Court should sentence Smith to a sentence at the bottom of the guidelines, 6 months in custody followed by three years of supervised release.

## I. Factual Background

Between on or about October 9, 2022, through October 29, 2022, Smith agreed to purchase an FN, M249S, 5.56 caliber belt fed rifle for Knowles. PSR ¶ 17. This was part of a hub-and-spoke conspiracy to purchase multiple similar weapons in a similar manner. Id. ¶¶ 8-17.

Smith allowed Knowles to use his email address and phone number for the purchase. Id. ¶ 17. Smith also agreed to pick up the rifle, sign for it in his own name, and give it to Knowles. Id. Knowles agreed to order the rifle, give Smith payment for the rifle in money orders and cashier's checks, and pay Smith $500. Id.

On October 29, 2022, Smith went to Motor City Pawn Broker, a federally licensed firearms dealer in Ferndale, Michigan. Then, knowing that he intended to give the rifle to Knowles, Smith completed ATF Form 4473 including signing and certifying that he was the transferee/buyer of the rifle. Id. Smith successfully acquired the rifle. Id., ¶¶ 16-17. Smith obtained the rifle and gave it to Knowles the same day. Id., ¶ 17. Knowles paid Smith $500 in exchange for the rifle. Id.

## II. Guideline Calculations

The Probation Department accurately scored Smith's guidelines at 6 to 12 months. Id. ¶ 75.

## III. Section 3553(a) Factors

As discussed below, the § 3353(a) factors, weigh in favor of a sentence at the bottom of the guidelines.

### a. Nature of the Offense, History and Circumstances of the Defendant, and Respect for the Law.

While straw purchasing is always a serious crime because it enables prohibited persons to possess weapons, the type of rifle makes this case even more serious. This is not a simple handgun. The rifle in this case is a belt-fed semi-automatic replica of a military grade light machinegun. Smith didn't know what Knowles was planning on doing with the rifle–keep it, use it, or sell it. Smith's straw purchase likely resulted in real harm.

While Smith has minimal criminal history, he was arrested while on bond for this case for assaulting a family member and has past arrests for violent crimes and weapons offenses. PSR ¶¶ 54-56. Smith also has continuous low-level arrests and failures to appear on traffic cases. Id. ¶¶ 36-53. Combined with the straw purchase in this case, Smith's criminal history shows a lack of respect for the law. Smith's

conduct, as well as his past history, merit a sentence at the bottom of the guidelines.

### b. The Need to Avoid Unwarranted Sentencing Disparities

The PSR notes that the JSIN data for similarly situated defendants has the average and median length of imprisonment at 6 months. Although Smith's codefendants have not yet been sentenced, the Court's obligation to ensure minimal sentence disparities among defendants with similar records that have been found guilty of similar conduct is satisfied through the imposition of a guideline sentence.

## IV. Conclusion

For the reasons described above, the Court should sentence Smith to a sentence of 6 months followed by three years of supervised release.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/Micah Wallace
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9591
Micah.wallace@usdoj.gov

Dated: July 9, 2026

## Certificate of Service

I certify that on July 9, 2026, I electronically filed the Government's Sentencing Memorandum with the Clerk of the Court of the Eastern District of Michigan using the ECF system which will send notification of such filing to the following: Kathy L. Henry, Attorney for Defendant Smith.

s/ *Micah Wallace*
Assistant U.S. Attorney
U.S. Attorney's Office